```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                "USA V BYRON WILLIAMS ET AL"
                   DEF 1.1 WILLIAMS, BYRON

      Including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
      Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed:  08/16/05
               Closed:  NO
   No. of Defendants:  3
       MJ Case Number:  A05-0146--MJ
                  AKA:  FELIPE, FELIPAE
      Location status:  U.S. Custody
           Trial date:  01/03/06
           Terminated:  NO
   Needs interpreter:  NO
    Counsel of record:  John W. Abbott
                        POB 112306
                        Anchorage, AK 99511-2306
                        907-346-1039
                        FAX    -    -
                        Serve: YES
                         Type: Retained
                         Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record:  James A. Goeke
                        U.S. Attorney's Office
                        222 W. 7th Avenue, #9
                        Anchorage, AK 99513-7567
                        907-271-5071
                        Serve: YES
                         Type: Not specified
                         Role: Pretrial/Trial



 Counts re: DEF 1.1 WILLIAMS, BYRON
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846,841(a)(1),(b)(1)(B)  DRUG CONSPIRACY (F) | Terminated |
| 41 - 1 | 1-S | 21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F) | Pending |
| 41 - 1 | 2-S | 21:856(a)(1) and (b) MAINTING A DRUG INVOLVED PREMISES (F) | Pending |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                                    "USA V BYRON WILLIAMS ET AL"
                                     DEF 2.1 STUCKEY, LATONYA

                   Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  08/16/05
              Closed:  NO
  No. of Defendants:  3
     MJ Case Number:  A05-0146--MJ
                AKA:
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
   Needs interpreter:  NO
   Counsel of record:  Herbert A. Viergutz
                      Barokas & Martin
                      1029 W. 3rd Avenue, Suite 280
                      Anchorage, AK 99501
                      907-276-8010
                      FAX 907-276-5334
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  James A. Goeke
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial



  Counts re: DEF 2.1 STUCKEY, LATONYA

  Document         Count      Citation and Description                          Disposition
  --------         -----      ------------------------                          -----------
       1 -    1 IND   1       21:846,841(a)(1),(b)(1)(B)  DRUG CONSPIRACY (F)   Terminated
      41 -    1       1-S     21:846,841(a)(1),(b)(1)(A)  DRUG CONSPIRACY (F)   Pending
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"
                             DEF 3.1 WASHINGTON, KELVIN

                 Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  08/16/05
             Closed:  NO
  No. of Defendants:  3
      MJ Case Number:
                AKA:  KEVIN WASHINGTON, SPECIAL K
    Location status:  U.S. Custody
         Trial date:  01/03/06
         Terminated:  NO
  Needs interpreter:  NO
   Counsel of record: Sue Ellen Tatter
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: James A. Goeke
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 3.1 WASHINGTON, KELVIN

  Document        Count      Citation and Description                        Disposition
  ─────────       ─────      ─────────────────────────                       ───────────
    41 -  1       1-S        21:846,841(a)(1),(b)(1)(A) DRUG CONSPIRACY (F)  Pending
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"

                                  For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 08/16/05
             Closed: NO
 No. of Defendants: 3


 Document #    Filed    Docket text

      1 -   1  08/16/05 [Re: DEF 1-2] PLF 1 Indictment.

      2 -   1  08/16/05 [Re: DEF 1-2] JDR Grand Jury Minutes; No bail set. IDetention per
                        18:3142).  Set for arraignmetn and notify USM.  In Federal Custody.

   NOTE -   1  08/17/05 Notation: Proposed trial date setting for arraignment and notice of
                        speedy trial act deadlines forwarded to chambers.

      3 -   1  08/17/05 [Re: DEF 1] JDR Minute Order Arraignment set for 8/18/05 at 2:30 p.m.in
                        Courtroom #6.   cc: AUSA, FPD, USM, UPSO

      4 -   1  08/17/05 [Re: DEF 2] JDR Minute Order arraignment set for 8/18/05 at 3:00 p.m. in
                        courtroom #6.   cc: AUSA, FPD, USM, USPO

      5 -   1  08/17/05 [Re: DEF 1-2] Documents transferred from: A05-0146 MJ (JDR) TO A05-0076
                        CR RRB).

      6 -   1  08/18/05 DEF 2 Attorney Appearance of Herbert Viergutz.

      7 -   1  08/18/05 DEF 2 motion for cnsl to appear telephonically ar 3:00 p.m. hrg on
                        8/18/05.

      8 -   1  08/18/05 DEF 1 Attorney Appearance of John Abbott.

      7 -   2  08/19/05 [Re: DEF 2] JDR Order granting motion for cnsl to appear telephonically
                        arr 3:00 p.m. hrg on 8/18/05 (7-1). cc: USA, H. Viergutz

      9 -   1  08/19/05 [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                        on Indictment/Detention Hearing (held 08/18/05); def plead not guilty to
                        ct 1 of the indictment; Herb Viergutz appointed cja, defendant's det
                        continued; ptm's due 09/08/05; meet and confer 08/26/05; tbj 10/24/05.
                        CC: USA, H. VIERGUTZ, FPD CJA Clerk, USM, USPO, Judge Beistline.

     10 -   1  08/19/05 [Re: DEF 2] JDR Order of Detention Pending Trial. cc: usa, usm, uspo, h.
                        viergutz.

     11 -   1  08/19/05 [Re: DEF 2] JDR Order regarding preparation for trial (held 08/18/05);
                        cnsl to meet and confer by 08/26/05; ptms due 09/08/05. CC: USA, H.
                        VIERGUTZ.

     12 -   1  08/19/05 [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                        on Indictment/Detention Hearing (held 08/19/05); Defendant plead not
                        guilty to count 1 of the indictment; John W. Abbott retained; Defendant
                        detained; ptms due 09/08/05; meet and confer by 08/26/05; TBJ 10/24/05.
                        CC: USA, J. ABBOTT, USM, USPO, Judge Beistline.

     13 -   1  08/19/05 [Re: DEF 1] JDR Order of Detention Pending Trial. USA, J. ABBOTT, USM,
                        USPO.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"

                                    For all filing dates


 Document #     Filed     Docket text

    14 -   1   08/19/05   [Re: DEF 1] JDR Order regarding preparation for trial (held 08/18/05);
                          ptms due 09/08/05; meet and confer due 08/26/05. CC: USA, J. ABBOTT.

    15 -   1   08/22/05   [Re: DEF 1-2] RRB Minute Order setting trial by jury for 10/24/05 at
                          8:30 a.m. and FPTC for 10/18/05 at 8:45 a.m. in Courtroom #2.  cc: AUSA,
                          J. ABBOTT, H. VIERGUTZ, MJ ROBERTS, JC

    16 -   1   08/25/05   [Re: DEF 1-2] PLF 1 Discovery Conference Certificate.

    17 -   1   08/29/05   [Re: DEF 2] AMENDED JDR Court Minutes [ECR: Caroline Edmiston]
                          Arraignment on Indictment/Detention Hearing (held 08/18/05); def plead
                          not guilty to ct 1 of the indictmnet; *Herb Viergutz retained;
                          defendant's det continued; ptms due 09/08/05; meet and confer 08/26/05;
                          tbj 10/24/05.  CC: USA, H.Viergutz, USM, USPO, Judge Beistline.

    18 -   1   09/08/05   DEF 1 motion to compel discovery w/att exhs.

    19 -   1   09/08/05   DEF 1 motion to suppress evidence.

    19 -   2   09/08/05   DEF 1 motion for evidentiary hearing re motion to suppress (18A-1).

    20 -   1   09/08/05   DEF 2 joinder to DEF 1 motion to compel discovery (18-1)w/att exh.

    21 -   1   09/12/05   [Re: DEF 1] JDR Order granting motion for evidentiary hearing re motion
                          to suppress (19-1) (19-2); Evident hrg on mot to suppress set for
                          9/16/05 at 9:30 a.m. cc: USA, J. Abbott, USM, USPO

    22 -   1   09/13/05   [Re: DEF 1] PLF 1 motion on shortened time to strike evidentiary hrg
                          w/att decl & exhs.

    23 -   1   09/14/05   [Re: DEF 1] JDR Minute Order re def's response to govt's mot to strike
                          evident hrg (22-1) due 9/15/05 at 2:00 pm. cc: USA, J. Abbott

    24 -   1   09/15/05   DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion on shortened time to
                          strike evidentiary hrg (22-1).

    25 -   1   09/15/05   [Re: DEF 1] JDR Minute Order granting motion on shortened time to strike
                          evidentiary hrg (22-1); evident hrg prev set for 9/16 is VACATED. cc:
                          USA, J.Abbott, USM, USPO

    26 -   1   09/16/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to compel discovery (18-1).

    27 -   1   09/21/05   [Re: DEF 1] JDR Minute Order re motion to suppress evidence (19-1)
                          deemed withdrawn; any refiling of a mot to suppress due 10/5/05. cc:
                          USA, J. Abbott

    28 -   1   09/21/05   [Re: DEF 1] JDR Order granting/denying motion to compel discovery
                          (18-1). cc: USA, J. Abbott

    29 -   1   10/05/05   DEF 1 motion to suppress w/att exhs.

    29 -   2   10/05/05   DEF 1 motion (Request) for evidentiary hearing w/att exhs.

    30 -   1   10/06/05   [Re: DEF 1] JDR Minute Order granting motion (Request) for evidentiary
                          hearing (29-2).  Evidentiary hearing on def's motion to suppress is set
                          for 10/13/05 at 8:30 a.m. in Courtroom #6 before Magistrate Judge
                          Pallenberg.  The governments response to defendant's mot shall be due by

 ACRS: R_RDSDX                   As of 12/01/05 at 2:55 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                           "USA V BYRON WILLIAMS ET AL"
```

|                              |
| ---------------------------- |
| For all filing dates         |

| Document # | Filed | Docket text |
| --- | --- | --- |
|   |   | the COB 10/11/05.  Clerk shall give telephonic notice.  cc: AUSA, J. Abbott, USM, USPO, MJ Pallenberg |
| 31 - 1 | 10/11/05 | DEF 1 motion to vacate trial date on shortened time. |
| 31 - 2 | 10/11/05 | DEF 1 motion to vacate suppression hearing on shortened time. |
| 32 - 1 | 10/11/05 | {SEALED} |
| 33 - 1 | 10/11/05 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress (29-1). |
| 33 - 2 | 10/11/05 | [Re: DEF 1] PLF 1 motion on shortened time to strike evidentiary hearing. |
| 34 - 1 | 10/12/05 | [Re: DEF 1-2] RRB Minute Order hearing on the motion to vacate continue trial date is set for 10/18/05 at 8:45 a.m. in Courtroom #2.  Judge Beistline will attend telephonically.  cc: AUSA, J. ABBOTT, H. VIERGUTZ, USM, USPO, MJ ROBERTS |
| 35 - 1 | 10/12/05 | [Re: DEF 1] PMP Minute Order holding in abeyance motion to suppress w/att exhs (29-1) pending crt's ruling on def's mot to cont trial; granting motion to vacate suppression hearing on shortened time (31-2), motion on shortened time to strike evidentiary hearing (33-2); evident hrg set for 10/13/05 is VACATED. cc: USA, J. Abbott, USM, USPO |
| 36 - 1 | 10/13/05 | DEF 2 Notice of Intent to change plea. |
| 37 - 1 | 10/17/05 | [Re: DEF 2] RRB Minute Order setting hrg to set PCOP hrg on 10/21/05 @ 10:00 a.m.; Judge Beistline attending telephonically from Fairbanks; FPTC for DEF 2 on 10/18/05 vacated. cc: USA, J. Abbott, H. Viergutz, USM, USPO, JC, MJ Roberts |
| 38 - 1 | 10/18/05 | {SEALED} |
| 39 - 1 | 10/18/05 | [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Hrg on Deft Williams' Mot to Vacate Trial Date/FPTC; granting motion to vacate trial date on shortened time (31-1)l TBJ reset to 1/3/06; FPTC reset to 12/28/05 at 9:00 am; excludable delay found.  cc: USA, J. Abbott, USM, USPO, Jury Clerk, MJ Roberts. |
| 40 - 1 | 10/18/05 | [Re: DEF 2] RRB Minute Order a COP hrg is set for 10/24/05 at 9:00 a.m. in courtroom #2.  The hrg set for 10/21/05 is vacated.  cc: cnsl |
| 41 - 1 | 10/19/05 | [Re: DEF 1-3] PLF 1 First Superseding Indictment. |
| NOTE - 2 | 10/20/05 | [Re: DEF 3] Issued WOA. |
| 42 - 1 | 10/20/05 | [Re: DEF 1] JDR Grand Jury Minutes re no bail set; set for arr & notify USM;  In Federal Custody. |
| 43 - 1 | 10/20/05 | [Re: DEF 2] JDR Grand Jury Minutes re no bail set; set for arr & notify USM;  in Fed Custody. |
| 44 - 1 | 10/20/05 | [Re: DEF 3] JDR Grand Jury Minutes re WOA to be issued; no bail set. |
| 45 - 1 | 10/20/05 | [Re: DEF 1] JDR Minute Order arraignment is set for 10/21/05 at 10/21/05 at 10:30 a.m. in Courtroom #6.  cc: AUSA, J. ABBOTT, USM, USPO, JUDGE BEISTLINE |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"

                                 For all filing dates


 Document #    Filed      Docket text
 ──────────────────────────────────────────────────────────────────────────────
     46 -  1   10/20/05   [Re: DEF 1] RRB Minute Order arraignment on the SI will be held at the
                          COP hearing set for 10/24/05 at 9:00 a.m. in Courtroom #2.  cc: AUSA, H.
                          VIERGUTZ, USM, USPO, MJ ROBERTS

   NOTE -  3   10/21/05   [Re: DEF 3] USM Notice of Arrest; defendant arrested 10/21/05.

     47 -  1   10/21/05   {SEALED}

     48 -  1   10/21/05   {SEALED}

     49 -  1   10/21/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on SIndt (held
                          10/21/05); def plead not guilty to cts 1 and 2 of the First SIndt; def's
                          det cont; meet and confer by 10/25/05, ptm's due 11/7/05; TBJ set for
                          1/3/06 before USDJ Beistline; def's mot for evid hrg (dkt 29-2) granted,
                          evid hrg on mot to suppress set for 10/28/05 at 9:30 a.m., def's suppl
                          mot to suppress due by the COB on 10/25/05, govt's suppl response due by
                          10/27/05 at 4:00 p.m.; cc: USA, J. Abbott, USM, USPO, Judge Beistline.

     50 -  1   10/21/05   [Re: DEF 3] RRB Court Minutes [ECR: Elisa Singleton] re Argn on
                          Superseding Indt (held 10/21/05); S. Tatter accepted appointment; plea
                          not guilty ct 1 of SIndt; Pretrial Motions due 10/28/05; Trial date
                          1/3/06 at 8:30.  cc: USA, FPD, USM, USPO, Judge Beistline

     51 -  1   10/21/05   [Re: DEF 3] Financial Affidavit.

     52 -  1   10/21/05   [Re: DEF 3] JDR Order regarding preparation for trial; Meet and confer
                          by 10/28/05 at 12:00 pm; pretrial motions due 11/7/05. cc: USA, FPD

     53 -  1   10/21/05   [Re: DEF 3] JDR Order of Detention Pending Trial.  cc: USA, FPD, USM,
                          USPO

     54 -  1   10/21/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 10/25/05; PTM's due 11/7/05. cc: USA, J. Abbott

     55 -  1   10/24/05   DEF 3 Attorney Appearance of Sue Ellen Tatter (FPD).

     56 -  1   10/25/05   [Re: DEF 1; 3] RRB Minute Order setting trial by jury for 1/3/06 at 8:30
                          a.m. and FPTC for 12/28/05 at 9:00 a.m.  cc: AUSA, FPD, J. ABBOTT, USM,
                          USPO, MJ ROBERTS, jury clerk

     57 -  1   10/25/05   DEF 1 Supplement re: DEF 1 motion to suppress (29-1).

     58 -  1   10/27/05   [Re: DEF 1] PLF 1 supplemental opposition to DEF 1 motion to suppress
                          (29-1).

     58 -  2   10/27/05   [Re: DEF 1] PLF 1 motion (renewed) to strike evidentiary hearing.

     59 -  1   10/27/05   [Re: DEF 3] PLF 1 Discovery Conference Certificate.

     60 -  1   10/28/05   [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: evid hrg on mot to
                          suppress (doc#29) held 10/28/05; matter taken under advisement; written
                          R&R to issue; exp transcript ordered; wit/exh list att.  cc: USA, J.
                          ABBOTT; USM, USPO, JUDGE BEISTLINE

     61 -  1   10/31/05   [Re: DEF 3] Return of WOA executed on 10/21/05.


 ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                    Page 4
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0076--CR (RRB)
                              "USA V BYRON WILLIAMS ET AL"
```

|                    |
| ------------------ |
| For all filing dates |

| Document # | Filed | Docket text |
| --- | --- | --- |
| 62 - 1 | 11/08/05 | [Re: DEF 1] Transcript Re: Evid hrg on mot to suppress held 10/28/05. |
| 63 - 1 | 11/10/05 | Initial R&R re: DEF 1 motion to suppress (29-1); Recommended be denied; Objections due NOON 11/16/05. Reply due NOON 11/21/05. cc: USA, J. Abbott, Judge Beistline |
| 64 - 1 | 11/16/05 | DEF 1 objection to R&R re: DEF 1 motion to suppress (29-1) w/att exhs and UNDER SEAL DOCS FOR IN CAMERA REVIEW. |
| 65 - 1 | 11/29/05 | Final R&R re: DEF 1 motion to suppress (29-1); MJ declines to modify recommendation. cc: USA, J. Williams, Judge Beistline |