Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BYRON WILLIAMS (D-1), LATONYA STUCKEY (D-2), and **KELVIN MAURICE WASHINGTON (D-3)**,<br><br>　　　　　Defendants. | NO. A05-0076-03 CR (RRB)<br><br>**NOTICE OF REMOVAL FROM ELECTRONIC SERVICE** |

　　　　KELVIN MAURICE WASHINGTON (D-3), by and through Sue Ellen Tatter, Assistant Federal Defender, hereby requests the court no longer electronically serve pleadings in the above-captioned case on Sue Ellen Tatter, Assistant Federal Defender. Rich Curtner, Federal Defender, is the lead attorney in this matter.

DATED this 19th day of January 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on January 19, 2006,
a copy of the *Notice of Removal
From Electronic Service* was served
electronically on:

James Goeke
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter

2