UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  WILLIAMS, et al.  </u>

DATE:    <u>  January 25, 2006  </u>    CASE NO.    <u>  3:05-cr-0076 RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**VACATING HEARING**

---

      Due to judicial scheduling conflicts, the status hearing scheduled for **February 8, 2006,** is **vacated.**  Trial in this matter is presently scheduled for April 10, 2006.  If any party requires a status hearing, a request should be filed and a hearing will be set accordingly.

M.O. VACATING HEARING