UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )
                                    )   Case No. 3:05-cr-00076-03-RRB
v.                                  )
                                    )
KELVIN WASHINGTON, a/k/a            )
"Kevin Washington","Special K")
        Defendant.                  )
_____)

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(d)(1)

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __ The court has granted the motion of the government for dismissal ;

    __ The court has granted the motion of the defendant for a Judgment of Acquittal;

    __ A jury has been waived, and the court has found the defendant NOT GUILTY;

    __ The jury has returned its verdict, finding the defendant NOT GUILTY;

    _X_ (Other reason, or reasons, if any);
of the offense(s) of Drug Conspiracy, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) as charged in count(s) 1 of the Second Superseding Indictment.

**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(d)(1), Federal Rules of Criminal Procedure.

**DATED** at Anchorage, Alaska, this 17th day of August, 2006.

**REDACTED SIGNATURE**
_____
RALPH R. BEISTLINE,
United States District Judge

[]{DISCHARG.WPD*Rev.2/97}