Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:05-cr-0076-RRB |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF TERMINATION OF SERVICE** |
| BYRON WILLIAMS, et. al., | |
| Defendants. | |

      Sue Ellen Tatter hereby notifies the Court that she is no longer an active participant in *United States v. Byron Williams, et. al.*, Case No. 3:05-cr-0076-RRB, and hereby authorizes the Clerk's Office to terminate service of all future documents filed in this case.

DATED this 8th day of September 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:   907-646-3400
Fax:        907-646-3480
E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on September 8, 2006,
a copy of the *Notice of Termination
of Service* was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter